IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER M. STONE, | ) |
| | ) Civil Action No. 13 – 401 |
| Plaintiff, | ) |
| | ) |
| v. | ) Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| SUPERINTENDENT LOUIS FOLINO and LORINDA WINFIELD, *Deputy Superintendent for Facilities Management*, | ) |
| Defendants. | ) |

# ORDER

For the reasons set forth in this Court's Memorandum Opinion filed contemporaneously herewith,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, which has been converted into a Motion for Summary Judgment (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that in accordance with Federal Rule of Civil Procedure 58, Judgment is hereby entered in favor of Defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

Dated: August 8, 2014

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Christopher M. Stone
JV0262
SCI Pittsburgh
P.O. Box 99991
Pittsburgh, PA 15233
*(Via First Class Mail)*

Counsel of Record
(*Via CM/ECF Electronic Mail*)